**Order entered September 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01153-CV

**JORGE FRANCISCO LOPEZ, M.D. AND COLUMBIA HOSPITAL AT MEDICAL CITY DALLAS SUBSIDIARY, L.P. D/B/A MEDICAL CITY DALLAS HOSPITAL, Appellants**

**V.**

**MARTHA AND FELIX SALAZAR, Appellees**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-14349-H**

## ORDER

The Court has before it appellants' September 11, 2013 joint unopposed motion for extension of time to file briefs of appellants. The Court **GRANTS** the motion and **ORDERS** appellants to file their briefs by October 1, 2013.

/s/     ELIZABETH LANG-MIERS
         JUSTICE